# UNITED STATES DISTRICT COURT
## for the
### Southern District of Illinois

Benjamin Godwin Swanson )
_____ )   Case Number: 24-2705-JPG
_____ )   *(Clerk's Office will provide)*
_____ )
_____ )
*Plaintiff(s)/Petitioner(s)* )
v. )   ☐ CIVIL RIGHTS COMPLAINT
)   pursuant to 42 U.S.C. §1983 (State Prisoner)
Officer Ronald Lang )   ☑ CIVIL RIGHTS COMPLAINT
Lieutenant Daniel Huggins )   pursuant to 28 U.S.C. §1331 (Federal Prisoner)
Officer Shannon Wallace )   ☑ CIVIL COMPLAINT
Officer FNU (T.) Johnson )   pursuant to the Federal Tort Claims Act, 28 U.S.C.
United States of America, et al *Defendant(s)/Respondent(s)* )   §§1346, 2671-2680, or other law

I.   **JURISDICTION** Relief is Sought pursuant to 28 USC 1331, and:
pursuant to FTCA 28 USC 1346

**Plaintiff:**

A.   Plaintiff's mailing address, register number, and present place of confinement.

Benjamin Godwin Swanson
Register No.: 34056 058
Federal Correctional Institution McKean
P.O. Box 8000, Bradford, PA 16701

**Defendant #1:**

B.   Defendant ___RONALD LANG___ is employed as
      (a)      (Name of First Defendant)

___Sports Specialist Recreation Officer___
      (b)      (Position/Title)

with __FBOP  USP Marion  4500 Prison Rd.__
      (c)      (Employer's Name and Address)

__Marion, Illinois__

At the time the claim(s) alleged this complaint arose, was Defendant #1 employed by the state, local, or federal government?   ☑ Yes   ☐ No

If your answer is YES, briefly explain: Works at USP Marion FBOP as federal employee

Rev. 10/3/19

11/25/2024

**Defendant #2:**

C.   Defendant _DANIEL "Huggie Bear" HUGGINS_ is employed as

(Name of Second Defendant)

_Lieutenant_

(Position/Title)

with _FBOP   USP Marion      4500 Prison Rd_

(Employer's Name and Address)

_Marion, Illinois_

At the time the claim(s) alleged in this complaint arose, was Defendant #2 employed by the state, local, or federal government?   ☑ Yes   ☐ No

If you answer is YES, briefly explain:

(Work at USP Marion FBOP as federal employee.)

**Additional Defendant(s) (if any):**

D.   Using the outline set forth above, identify any additional Defendant(s).

Defendant SHANNON WALLACE is employed as
the Disciplinary Hearing Officer (DHO)
with FBOP USP Marion, Marion Illinois
                                    4500 Prison Rd.
(Work at USP Marion FBOP)
as Federal employee

Rev. 10/3/19

11/25/2024

Additional Defendants (continued)

Defendant T. Johnson is employed as correctional Officer with FBOP USP Marion 4500 Prison Rd. Marion Illinois.

(Worked as a Federal employee)

Defendant United States of America is a proper defendant pursuant to (title 28 USC 1346, & 31 USC 3723) FTCA

## II.   PREVIOUS LAWSUITS

A.    Have you begun any other lawsuits in state or federal court while you were in prison or jail (during either your current or a previous time in prison or jail), e.g., civil actions brought under 42 U.S.C. § 1983 (state prisoner), 28 U.S.C. § 1331 (federal prisoner), 28 U.S.C. §§ 1346, 2671-2680, or other law?  ☐Yes ☐No

B.    If your answer to "A" is YES, describe each lawsuit in the space below.  If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline.  **List ALL lawsuits in any jurisdiction and indicate the court where they were filed to the best of your ability,** including those that resulted in the assessment of a "strike" under 28 U.S.C. § 1915(g) and/or those that were dismissed for being frivolous, malicious, or for failure to state a claim (see 28 U.S.C. § 1915A; 28 U.S.C. § 1915(e)(2); Federal Rule of Civil Procedure 12(b)(6)).  FAILURE TO FULLY DISCLOSE YOUR LITIGATION HISTORY, INCLUDING "STRIKES," MAY RESULT IN SANCTIONS THAT INCLUDE DISMISSAL OF THIS ACTION.

1.    Parties to previous lawsuits:
Plaintiff(s): Benjamin Graham Swanson

Defendant(s): Gaston County Sheriff's office

2.    Court (if federal court, name of the district; if state court, name of the county): Western District of North Carolina

3.    Docket number: 3:18-cv-00086-MR

4.    Name of Judge to whom case was assigned: Judge Whitney, then Judge Reinsigner

5.    Type of case (for example: Was it a habeas corpus or civil rights action?): §1983 Civil Rights

6.    Disposition of case (for example: Was the case dismissed?  Was it appealed?  Is it still pending?):
Settlement Agreement stipulation or dismissal

Rev. 10/3/19

Section II        Previous Lawsuits Continued

1. Parties to previous lawsuits

   Plaintiff : Benjamin Godwin Swanson

   Defendants: United States of America (USP Marion FBOP)

2. Court : Southern District of Illinois

3. Docket #: 3:22-cv-02302-JPG

4. Name of Judge : Judge Gilbert

5. Type of Case : 28 USC FTCA (Malpractice, etc.)

6. Disposition : Dismissed

7. Approx. filing date : (Mid-Autumn of 2022)

8. Approx. disposition date : (Mid-Summer of 2024)

9. "Strike" received? : NO

1. Parties to previous lawsuits

   Plaintiff : Benjamin Godwin Swanson

   Defendants : FCI Pekin Warden / USP Marion Warden

2. Court : Central District of Illinois

3. Docket #: 24-cv-01176-CRL  (originally 3:24-cv-00456-spm)

4. Name of Judge : Judge Lawless (originally Judge McGlynn)

5. Type of Case : Writ of Habeas Corpus :2241 Appeal

6. Disposition : Pending

7. Approx. Filing Date : 2/20/2024

8. Approx disposition date : Pending

9. "Strike" received? : NO

7.  Approximate date of filing lawsuit: *Approx.* *August 24, 2018*

8.  Approximate date of disposition: *Approx.* *November 3, 2020*

9.  Was the case dismissed as being frivolous, malicious, or for failure to state a claim upon which relief may be granted and/or did the court tell you that you received a "strike?"

    *No*

III.  **GRIEVANCE PROCEDURE**

A.  Is there a prisoner grievance procedure in the institution?  ☑ Yes  ☐ No

B.  Did you present the facts relating to your complaint in the prisoner grievance procedure?  ☑ Yes  ☐ No

C.  If your answer is YES,
    1.  What steps did you take?
    → *Completed the entire Administrative Remedy Process via BP-8, BP-9, BP-10, BP-11.*
    → *Also, completed FTCA process*
    2.  What was the result?
        *The BOP unfairly denied all appeals/complaints.*

D.  If your answer is NO, explain why not.
    *N/A (See "C")*

E.  If there is no prisoner grievance procedure in the institution, did you complain to prison authorities?  ☐ Yes  ☑ No
    *N/A. (grievance procedure was utilized.)*
    *Tort Claim was utilized as well*

F.  If your answer is YES,
    1.  What steps did you take?
        *N/A. (grievance procedure was utilized.)*
        *Tort Claim was utilized as well*

Rev. 10/3/19

11/25/2024

2.    What was the result?

N/A

G.    If your answer is NO, explain why not.

N/A. (Grievance procedure was utilized)

H.    Attach copies of your request for an administrative remedy and any response you received.  If you cannot do so, explain why not:

Administrative Remedy ID #: 1154641-A1, 1164317-F1 1167446-F1, 1167591-F1, 1169074-F1, 1170984-F1, & 1178181-F1 demonstrates the Admin. Remedy requirement, Specifically in #1154641-A1 (Ex. "A") detailing the basis of the complaint, and gave the angency over a year to address constitutional claims, and tort claims associated with this complaint.

Responses cannot be provided due to information being stored electronically & hard copies were illegally confiscated by FCI Pekin Staff

Administrative Tort Claim for $405,000 was Submitted and haven't heard from office responsible for processing claims.

Rev. 10/3/19

## IV.    STATEMENT OF CLAIM

**A.    State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments or citations. If you wish to present legal arguments or citations, file a separate memorandum of law. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. If your claims relate to prison disciplinary proceedings, attach copies of the disciplinary charges and any disciplinary hearing summary as exhibits. You should also attach any relevant, supporting documentation.**

\* Please See Attached for Statement of claim. \*
(Page 1 through 3)

\* Please See Separate "Memorandum of law" for
Legal Arguments. \*

Rev. 10/3/19

11/25/2024

Factual Statement of Claim (Page 1 of 3)

1. On January 26, 2023 officer R. Lang called, or otherwise cause officer T. Johnson to retreive an approved Vest from Swanson's cell in retaliation for refusing to work as Lang's orderly in the recreation center.

2. Lieutenant D. "Huggie Bear" Huggins was the shift supervisor on January 26, 2023. Although Huggins is commonly referred to as "Huggie Bear", the plaintiff will address his as Huggins.

3. Officer S. Wallace was the DHO for incident #3726377 on 1-26-23 which held a DHO hearing on 2/10/23 (DHO Report #3726377)

4. Officer T. Johnson was given instructions to retreive the approved vest from Swanson's cell, which was admitted to Swanson by Lang himself several weeks later.

5. January 26, 2023 was the day all four defendants decided to seek revenge at Swanson for refusing to work as an Indoor Recreation Clerk. Swanson has been offered the job as a Recreation Clerk for over two (2) years at USP Marion & has always refused it due to fear of being arbitrarily fired. Swanson was not required to work another job.

6. Officer Lang exhibited jealousy & envy towards both plaintiff & plaintiff's work/detail supervisor due to Lang's failure to find & hire a worker as responsible, reliable & as loyal as Swanson was. In fact, Lang asked many other officers, including Lieutenant Huggins, to come up with ways to mock, tease, bully, harass, & to relentlessly play "mind games" with Swanson, yet whenever Lang was questioned He would always justify, minimize, and excuse his behavior, and refer to Swanson as a "good worker" and say, "I was only joking".

7. Examples of Lang's "mind games" were telling Swanson he was fired, with no apparent reason which caused Swanson mental anguish & depression, and then Lang laughs at him. Lang & other Recreation officers would often verbally defame Swanson's work supervisor which caused additional emotional distress due to fear of retaliation of being accused of "disrespectful language towards staff"

8. Another example is that one particular day during mainline, Lang & Huggins were waiting for Swanson to arrive, spotted Swanson, and called him over to

Factual Statement of Claim (Page 2 of 3)

where both officers were standing. Huggins was giggling like a school-girl trying to supress his laughter while Lang asked Swanson a frivolous question asking, "Who runs the compound?" Swanson replied, "The Warden..." Huggins bursts into laughter & stated to Lang, "See!? I told you Swanson wouldn't say it was you!" Lang turned toward Swanson and threatend to have his job pay docked for a month if he didn't amend his answer to the "correct" version. Out of fear, Swanson quickly stated "ok, ok, you are, Ronald Lang runs & operates USP Marion". Lieutenant Huggins then ordered Swanson to submit to hand-restraints, and then informed Swanson that he would spend a week in the SHU if he didn't amend his answer in favor of the lieutenant. In tears, Swanson begged not to go to the SHU AND be paid for work he completed. Swanson complied with the lieutenant's fatuous orders.

9. After tormenting Swanson they released him back to general prison population. Swanson has been sexually Assaulted in past SHU placements, and USP Marion Staff found it amusing to constantly "joke" about SHU placement.

10. Dozens of "pranks" have been made to Swanson, but were not enough to make Swanson voluntarily request Protective Custody or to voluntarily quit his job assignment. Several staff, including Dr. Owings, confirmed that "staff didn't like him" (him - referring to Plaintiff)

11. Lieutenant Huggins became Lang's side-kick in a mission to remove Swanson from his job without making it evident that the motive was revenge & retaliation. When triggering Swanson's PTSD of being sexually abused wasn't working, Lang, Huggins, and Wallace had a secret meeting to frame Swanson, according to Psych Staff.

12. Knowing that Wallace was the DHO, Lang & Huggins conspired to falsely claim he possessed staff clothing. So they sent officer T. Johnson to pretend to unknowingly come across his Authorized Grey Work Vest. Confiscation form was not made, and other non-contraband property was litterally given away.

13. Lang claimed ignorance despite making the call to have cell G02-008L searched, & then initially denied involvement in the "discovery" of the approved item. DHO Wallace was contacted by Lt. Huggins during the investigation process "trying to figure out how to frame Swanson," said DHO Wallace.

14. While Swanson innocently waited in the SHU, Lieutenant Huggins & officer Lang advised officer Johnson to give most of his personal property to other

Factual Statement of claim (Page 3 of 3)

inmates. Officer T. Johnson blatantly gave about $405.20 worth of personal property belonging to Benjamin Swanson away to random inmates. When plaintiff was able to ask officer Johnson where his property was, Johnson stated that he "Deliberately gave [Plaintiff's] property to two inmates who claim to be in charge of you". Swanson reminded Johnson that inmates are not in charge of other inmates. Swanson asked Johnson which inmates did he just handed his property, & Johnson replied "Inmate Blakenship, and inmate Bonebreak". Johnson could not recall any other names of inmates to which he gave Swanson's things to, and stated, "we just take stuff if we want"

15. During DHO, Mr. Wallace verbalized, in the presence of Staff Representative V. Fields & Kirby, that "I know you're innocent Swanson, but I was told to find you guilty no matter what". DHO wallace continued, "We (Huggins & Lang) spent a lot of time to get you back for being annoying, and besides, they needed my knowledge to figure out how to get you".

16. After Swanson was denied due process, he was released from the SHU and into general prison population. Lt. Huggins informed Swanson that most of the Staff at Marion are upset I didn't get transferred. Huggins told Swanson that he wasn't allowed to work in Recreation ever again. Lang's planned attack worked. These are few examples of dozens of "Mind Games" Staff played at Marion.

17. Swanson asked Lt. Huggins where [his] property was, and Huggins gave a Smirk like a leperchaun hiding his gold and said "Tort claim it". (USA is the proper defendant for FTCA which plaintiff seeks relief for the Tort)

18. When Swanson returned to the compound, He filed a Tort claim which has taken over a year to fully process. The Administrative Remedy filed as 1154641-A1, 1154641-R1, & 1154641-F1 Not only explaining the incident itself, but also describes acts violating Swanson's 4th Amendment, 5th Amendment, 8th Amendment, & 14th Amendment to the U.S. Constitution. The Tort Claim number has also been taken by Staff explaining why the Tort Number was not provided, however North Central Regional Office for the BOP is well aware of the $405.20 claim. (Defendant USA is being sued for the Tort Claim of Property loss aforementioned.

19. I have read the forgoing complaint & hereby verify that matters therein are true. I certify under penalty of perjury that the foregoing is true & correct.
Executed at Bradford, Pennsylvania on 12-13-24

Benjamin Swanson

## V.    REQUEST FOR RELIEF

State exactly what you want this court to do for you.  If you are a state or federal prisoner and seek relief which affects the fact or duration of your imprisonment (for example: illegal detention, restoration of good time, expungement of records, or parole), you must file your claim on a habeas corpus form, pursuant to 28 U.S.C. §§ 2241, 2254, or 2255.  Copies of these forms are available from the clerk's office.

\* Please See Attached For Request For Relief. \*

## VI.    JURY DEMAND (*check one box below*)

The plaintiff ☑ does  ☐ does not request a trial by jury.

## DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signed on: _12 - 15 - 24_
(date)

_____
Signature of Plaintiff

_FCI McKean / Post Box 8000_
Street Address

_Benjamin Godwin Swanson_
Printed Name

_Bradford, Pennsylvania 16701_
City, State, Zip

_34056 - 058_
Prisoner Register Number

_N/A_
Signature of Attorney (if any)

Rev. 10/3/19

11/25/2024

## Request for Relief

1. Plaintiff seeks mediation &/or some form of Alternative Dispute Resolution for property damages, and:

2. The tort claim of $405.20 be granted to plaintiff due to the deliberate giving away plaintiffs property, and:

3. Compensated for $360 in lost wages due to the loss of his job assignment caused by staff misconduct, and: $5,000.00 in damages for Civil Rights Violations against all defendants,

4. The incident report in question to be expunged from plaintiff's Records, and:

5. Hand-written apology letters from USP Marion Staff involved in this complaint named as defendants, and:

6. Officer V. Fields be commended & Lieutenant Huggins be demoted, and confirmed reprimands for Lang, Johnson, & Wallace.

7. Any other relief this court deems fair, proper, & just.

United States District Court
For the Southern district of Illinois

| | |
|---|---|
| Benjamin Godwin Swanson )<br>Plaintiff )<br>vs. )<br>Ronald Lang )<br>Daniel Huggins )<br>Shannon Wallace )<br>(FNU) T. Johnson, et al. )<br>Defendants ) | Attached<br>Memorandum of law<br>in Support of Complaint |

## Legal Arguments

1. Plaintiff Swanson realleges & incorporates by reference paragraphs 1 through 19 in the Complaint.

2. Each defendant is Sued individually and in their official Capacity. At all times mentioned in this Memorandum & complaint each defendant acted under the color of Federal law.

3. When Ronald Lang decided to deliberately harass Swanson for no penological purpose, as described in the complaint, he violated plaintiff's rights & constituted cruel and unusual punishment under the eighth amendment to the United States Constitution.

4. When Daniel Huggins decided to deliberately harass Swanson, and

Page 1 of 4

to. be deliberately indifferent to Lang's harassment, he violated Swanson's rights & constituted cruel & unusual punishment and subjected plaintiff to discrimination denying him equal protection and due process under the Fith, Eighth, & Fourteenth amendments to the United States Constitution.

5. When DHO Shannon Wallace decided to become substantially involved the "Illegal Confiscation Scheme" during the malicious investigation process, he violated plaintiff's rights and constituted a Due Process Violation under the Fourteenth amendment to the United States Constitution.

6. When (FNU) T. Johnson deliberately gave plaintiff's rightfully owned property to inmate Blankenship and inmate Bonebreak, not fill out any Confiscation forms, and falsified an item (approved through BOP policy) as contraband, he not only helped with "Lang's Illegal Seizure Scheme", he violated plaintiff's rights & constituted illegal Search & Seizure, harassment, retaliation, Cruel and Unusual punishment, and due process violations under the First, Fourth, Fith, Eighth, & Fourteenth amendments to the United States Constitution.

7. When Lang & Huggins repeatedly bullied Swanson (for protected conduct) and joked about him being Sexually Assaulted, in past SHU placements, by making Fake-threats of SHU Status, caused various degrees of mental anguish, They both violated plaintiff's rights and constituted Cruel and Unusual punishment under the United States Constitution's Eighth Amendment.

Page 2 of 4

8. When Huggins became aware that Lang's retaliation Scheme was in progress, and when Huggins allowed the investigation process to be mishandled, and by allowing plaintiff's property to be illegally Seized by his Subordinates, he violated plaintiff's rights & constituted discrimination, harassment, due process violations, and illegal search and Seizure under the Fourth, Fifth, Eighth, & Fourteenth amendments to the United States Constitution.

9. Under the title 28 USC Section 1346, and other law, provision, the United States denied plaintiff's claim of property loss due to the negligence of federal employees resulting in a continuation of illegally confiscated property through the FTCA.

10. The Plaintiff has no plain, adequate or complete remedy at law to redress the wrongs described in the Complaint and the memorandum of law.

11. Plaintiff's factual claims not only demonstrate that defendants Lang, Huggins, Johnson, & Wallace were clearly attacking plaintiff, they also demonstrated intention to do so.

12. Plaintiff has been & will continue to be irreparably injured by the conduct of the defendants, including the United States, unless this court grants the declaratory and injunctive relief which plaintiff Seeks.

13. These claims Satisfy the Twombly requirement. by indisputably Stating a claim (which happend) upon which relief can be granted, (and proven)

Page 3 of 4

Verification

14. I have read the foregoing Memorandum of Law detailing the Legal Claims, and verify that the information is true & correct under penalty of perjury.

Respectfully Submitted

Dated: 12/15/24

Benjamin Godwin Swanson
FCI McKean
Post Office Box 8000
Bradford, PA 16701

Page 4 of 4

United States District Court
for the Southern district of Illinois

Benjamin G. Swanson          )
     Plaintiff          )
         )
    v.                          )
Ronald Lang                  )      Attached
Daniel Huggins               )      Declaration  of
Shannon Wallace              )      Benjamin  Swanson
(FNU) T. Johnson             )
USA                          )
    Defendants          )

    In accordance with the provision of 28 USC §1746, I, Benjamin Swanson, make the following declaration, under penalty of perjury, pertinent to the Complaint and Legal arguements.

1. I was employed as a Recreation Department Inmate Orderly by USP Marion Sports Specialist Officer V. Fields, and my primary job description was to perform janitorial duties in the gymnasiam, and out on the Recreation Yard. As an extension of my duties, I also assist my work Supervisor with privileged Clerical tasks Such as: making reminders for new equipment, collecting prison-Sponsered activity Sign-in Sheets/rosters, reporting damage/missing equipment, and being the preferred choice of person to work as another Subsitute of workers who were a "No Show" to work. In Short, I was, objectively, the Perfect Orderly.

Page 1 of 4

2. As an outdoor rec orderly, of Pefect Performance, for over 3 years, I carried pens, a work-related notebook (for notes), extra latex gloves (for trash pick up, cleaing toilets, etc.) Spare trash bags to exchange receptacles, Sun block, heavy duty gloves (for Shovel/Rake use, pulling weeds, Carrying boxes, larger equipment, etc.) MP3 player with headphones, towel (to wipe off Sweat), ID card, and most importantly a water bottle.

3. I am subjected to outdoor conditions, which is OK as long as I (Like other workers) have the essentials. We use to just carry them in our Recreational Carrying Bags purchased through BOP commissary.

4. I need to make clear as to why this lawsuit exists. Recreation Supervisor Jeremy Massa made an illogical rule prohibiting Recreational carrying bags in Recreational areas. Instead of disobeying his policy, I used chain-of-command to receive valid permission to lawfully execute an idea that promoted readiness to perform my duty & by doing so, increasing the orderly running of the institution as far as outdoor recreation for years.

5. That idea, encouraged by BOP's BP-324 form Section C(5) under "INITIATIVE", was to use "Government-issued items which have been altered, or other items made from government property" with Staff authorization to make & use a Caddy-Vest to carry Said above essentials. Program Statement 5580.08 allows this as long as "Staff" Authorize it. Believe it or not, It's within the rules.

6. Officer V. Fields gave me legal permission to make, retain & Use the Grey Work/Caddy Vest. On Febuary 10th, 2023 at

Page 2 of 4

1015 hrs, Office Fields' statement, documented by DHO Wallace, confirmed. I had prior permission of my vest. (See DHO report)

7. The Approved vest was modeled after the "ML Kishigo Economy Series ANSI Vest" and meticulously made to function as well as any professional attire, but was absolutely designed completely different from any BOP Staff attire.

8. During 2023, USP Marion's inmates who have jobs are provided some sort of auxiliary attire to assist them in their duties. Specifically, Corridor Orderlies have Orange Vest, (w/ or w/o pockets) Inmate Barbers have all-white Smocks with additional pockets for their supplies, Health Service Orderlies had a Mesh-Netted Belt for their supplies, Food Service has aprons & Black/Green Aprons for Cooks, OM Food Service workers wear all white with Black "Chef-Style" Smocks with pockets, Recreation inmate referees wear "Foot-locker-Style" Black & white Stripped shirts, and Softball umpires wear an exterior pouch worn on the hip w/ a Belt for their supplies, FPI UNICOR, etc, on and on.

9. Any of these items would be contraband if that specific inmate wasn't allowed to possess it.

10. For some reason, other Staff became very, very hateful and jealous of me & of Officer Fields. After investigating why myself, I discovered, through speaking with multiple staff, that majority of the staff didn't like my assertiveness & confidence. Specifically my extreme loyalty to my work position, coupled with my creativity to INCREASE safety, security, & orderly running of the institution.

page 3 of 4

11. Officer Lang, who works in the Recreation Center (Indoors), realized how amazing I was as a worker. In Fact, Lang has repeatedly addressed me as a "Good Worker". I have been offered the job as an Indoor Rec Clerk for Lang over (5) Five times in the course of (2) two years, and each time I was asked, I'd turn down the offer.

12. These facts strongly suggest Fabricated evidence was the only way to seek revenge. The SHU placement, removal of my job, "planted / Fabricated" evidence, Fake-Contraband, mocking, bullying, teasing, lying, "mind-games", illegal confiscation of my property, illegal confiscation on my work vest, harassment, & retaliation just to seek revenge is blatantly Capricious & clearly prohibited by Program Statement 5270.09

13. What's most shocking is how the Bureau receives these types of cries for help & do nothing meaningful to compensate a person who has done nothing but work hard with the Bureau's best interest. Although, It is uncommon to see integirty, or honor in a inmate, that doesn't negate the responsibility, reliability, or work ethic I had.

14. Just because one disagrees with a rule doesn't negate that rule. My Behavior was not outside the Scope of what that administration deems acceptable. Officer Fields and I have acted within the BOP guidelines. There are No Institutional Supplements in Reference to inmate work Attire.

I declare under penalty of perjury that the foregoing is true & correct.
Executed on December 15, 2024

Benjamin Swanson
FCI McKean,

Page 4 of 4

# Certificate of Service

I certify that a copy of this

1) Motion & Affidavit to proceed in forma pauperis, &
2) Civil Rights Complaint (28 USC 1331), &
   w/ civil Complaint (FTCA) included, &
3) Attached Memorandum of Law (Legal Arguments), &
4) Attached Declaration of Benjamin Swanson

was mailed/Given to Mail Room Staff

on December 15th, 2024    to

Clerk of the Court
United States District Court
Southern District of Illinois
750 Missouri Avenue
East St. Louis, IL 62201

July 24, 2023

Page | 10

MCK 5265 14g - CORRESPONDENCE
ATTACHMENT A

## OUTGOING SPECIAL MAIL RECEIPT

| Name and Address of Person Receiving Special Mail | (Institution Name) |
|---|---|
| Name *District Court/US Court* | *FCI McKean* |
| Address *750 Missouri Avenue* | Enter Inmate Name, Register No., and Housing Unit Here |
| *E. St. Louis* | *Benjamin Swanson* *34058-058* |
| State *IL*    Zip Code *62201* | *P-A-117-L* |

*[Inmate Signature]*
Inmate Signature

*12/15/24*

ENTER SIGNATURE, TITLE AND DATE OF STAFF MEMBER RECEIVING THE SPECIAL MAIL

*[Signature]*

*12.16.24*

(Signature and Title)                    (Date Special Mail Received from Inmate)

09/13/2024                                    10/10/2024



FOREVER USA PURPLE HEART

MAIL CLEARED US MARSHALS

MAIL CLEARED US MARSHALS



◇34056-058◇
District Clerk
U.S. District Court
750 Missouri AVE
E Saint Louis, IL 62201
United States

◇34056-058◇
Benjamin G Swanson
FCI Mckean
Unit D-A Federal Bureau of Prisons
PO Box 8000
Bradford, PA 16701
United States

Mail



FEDERAL CORRECTIONAL INSTITUTION, MCKEAN
P.O. BOX 5000, BRADFORD, PA 16701
DATE 12/6/24

The enclosed letter was processed through special mailing procedures
for forwarding to you. The letter has neither been opened nor
inspected. If the writer raises a question or problem over which
this facility has jurisdiction, you may wish to return the material
for further information or clarification. If the writer encloses
correspondence for forwarding to another addressee, please return
the enclosure to the above address.

RECEIVED
DEC 27 2024
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE